# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| MARSHIELA SOWARDS, on behalf of herself and her minor children, | ) ) ) | |
| Plaintiff, | ) | Civil No. 3:07-0354 |
| | ) | Judge Trauger |
| v. | ) | Magistrate Judge Bryant |
| | ) | |
| GRANGE MUTUAL CASUALTY INSURANCE, | ) ) | |
| Defendant. | ) | |

## **O R D E R**

It is hereby **ORDERED** that a telephone conference concerning a discovery dispute shall be held on Tuesday, March 18, 2008, at 10:00 a.m.

It is so **ORDERED**.

ENTER this 14th day of March 2008.

_____
ALETA A. TRAUGER
U.S. District Judge