IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARSHIELA SOWARDS, ) | |
| on behalf of herself and her minor children, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:07-cv-0354 |
| ) | Judge Trauger |
| GRANGE MUTUAL CASUALTY COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Plaintiff's Motion for for Partial Summary Judgment (Docket No. 63) is **DENIED** and the Defendant's Motion to Dismiss and for Partial Summary Judgment on Plaintiff's Claims for Statutory Bad Faith Penalty, Tennessee Consumer Protection Act, Negligence, Defamation and Unjust Enrichment (Docket No. 67) is **GRANTED**. The claim remaining for trial is the plaintiff's breach of contract claim.

It is so Ordered.

Entered this 4th day of August 2008.

_____
ALETA A. TRAUGER
United States District Judge