# IN THE UNTIED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | |
|---|---|
| **MARSHIELA SOWARDS**, on behalf of herself and her minor children, ) ) ) | |
| **Plaintiff,** ) ) | |
| VS. ) ) | No. 3:07-0354 |
| **GRANGE MUTUAL CASUALTY COMPANY** ) ) | |
| **Defendant.** ) | |

### ORDER OF DISMISSAL WITH PREJUDICE

This date came the parties in the above!captioned cause and stated unto the Court that all issues had been resolved by way of compromise, and they jointly requested that the Court enter a judgment of dismissal with prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the within action brought by the plaintiff, MARSHIELA SOWARDS**,** on behalf of herself and her minor children**,** be and the same is hereby dismissed with PREJUDICE.

By consent, all costs of the cause, excluding discretionary costs, are taxed to the Defendant, for which execution may issue. No discretionary costs will be applied for or awarded.

IT IS SO ORDERED.

_____
The Honorable Aleta A. Trauger
United States District Court for the
Middle District of Tennessee

Dated: January 23, 2009

**APPROVED FOR ENTRY:**

RAINEY, KIZER, REVIERE & BELL

  s/ Russell E. Reviere
RUSSELL E. REVIERE (BPR # 7166)
W. PAUL WHITT (BPR # 24793)
Attorney for Defendant
105 S. Highland Avenue
Jackson, TN 38302
(731) 423-2414


  s/ Mark North
MARK NORTH (BPR # 14975)
Attorney for Plaintiff
1215 Gallatin Pike, S.
Madison, TN 37115
(615) 860-7644